### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ANTHONY B. SHELTON,                                                                           PLAINTIFF
ADC #148886

v.                                      No. 4:11CV00268 JLH-JJV

POPE COUNTY DETENTION CENTER                                                      DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 16th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE